# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL SENN, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 1:11-cv-410 |
| vs. | § | |
| | § | |
| H&P CAPITAL , INC., | § | |
| NOEL POOLER, GARY HENRION | § | |
| AND TAMMY MACKEY, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Texas, Austin Division, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Southern District Bar No. 1045205
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002

(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## CERTIFICATE  OF SERVICE


        I certify that on October 19, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, Austin Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on October 19, 2011 to:

Steve Dunn
The Dunn Law Firm
5420 LBJ Freeway
Suite 577
Dallas TX 75240

                                                            /s/  Dennis R. Kurz
                                                            Dennis R. Kurz