# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| CAROL SENN,<br>Plaintiff | § § § | CIVIL ACTION |
| vs. | § § | No. 1:11-cv-00410-SS |
| H&P CAPITAL, INC.,<br>NOEL POOLER, GARY HENRION<br>AND TAMMY MACKEY,<br>Defendant | § § § § § | JURY |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated January 30, 2012.

*(signature)*
UNITED STATES DISTRICT JUDGE